Law Offices of
## SIMON HARTER, Esq.
sharter@harterlaw.com

304 Park Avenue South – 11th Floor
New York, New York 10010
Tel: (212) 979-0250
Fax: (212) 979-0251

**MEMO ENDORSED**

20 Nassau Street – Suite 211
Princeton, New Jersey 08542
Tel: (609) 688-8330
Fax: (609) 688-8331

November 29, 2007

<u>Via Telecopier</u>
Hon. Colleen McMahon,
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Ardemar Marine Ltd. v Novel Commodities S.A.
Docket No.: 07-cv-10467 (CM)

Dear Judge McMahon:

We represent Plaintiff, Ardemar Marine Limited, in the above captioned matter and write in response to the Court's Decision and Order Denying Plaintiff's Motion for Maritime Attachment dated November 20, 2007. In the decision, Your Honor directed us to notify the Court whether, in addition to seeking a maritime attachment, Plaintiff is also seeking to enforce the London arbitration agreement between the parties, which would necessitate the continuation of the proceeding before this Court.

We have consulted Plaintiff's London solicitors who advise us that it is not necessary at this time to seek to compel arbitration. We therefore respectfully request that, in view of the Court's decision on our Rule B application, this action be dismissed without prejudice pursuant to FRCP 41(a)(1). We will submit a Stipulation and Order to this effect via the ECF system.

We appreciate the Court's attention to this matter.

Very truly yours,

Simon Harter

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/7

[Judge's signature endorsement: Colleen McMahon 11/30/7]